Apparently reliance is had on the 'fact that he was drinking and that this precluded any intention on his part to kill. Drunkenness is not available as a defense to a charge for assault to murder. McCall v. State, 135 Tex.Cr.R. 252, 117 S.W.2d 794; Forbes v. State, 143 Tex.Cr. 180, 157 S.W.2d 900.

We believe that the authorities without conflict support the conclusion in the original opinion. The motion for rehearing is, therefore, overruled.

regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

KRUEGER, Judge.

The conviction is for unlawfully driving a motor vehicle upon a public highway while intoxicated. The penalty assessed is a fine of $50.

The complaint and information, as well as all other matters of procedure, appear